# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 1, 2013

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No.   13-1430,   <u>Alan Metzgar v. KBR, Incorporated</u>
8:09-md-02083-RWT,8:09-cv-00744-RWT,8:09-cv-02739-RWT,8:09-cv-02740-RWT,8:09-cv-02741-RWT,8:09-cv-02742-RWT,8:09-cv-02743-RWT,8:09-cv-02744-RWT,8:09-cv-02745-RWT,8:09-cv-02746-RWT,8:09-cv-02747-RWT,8:09-cv-02748-RWT,8:09-cv-02749-RWT,8:09-cv-02750-RWT,8:09-cv-02979-RWT,8:09-cv-02980-RWT,8:09-cv-02981-RWT,8:09-cv-02982-RWT,8:09-cv-02983-RWT,8:09-cv-02984-RWT,8:09-cv-02985-RWT,8:09-cv-02986-RWT,8:09-cv-02987-RWT,8:09-cv-03299-RWT,8:09-cv-03300-RWT,8:09-cv-03301-RWT,8:09-cv-03302-RWT,8:09-cv-03303-RWT,8:09-cv-03304-RWT,8:09-cv-03305-RWT,8:09-cv-03306-RWT,8:09-cv-03307-RWT,8:09-cv-03308-RWT,8:09-cv-03309-RWT,8:09-cv-03310-RWT,8:09-cv-03311-RWT,8:09-cv-03312-RWT,8:09-cv-03313-RWT,8:09-cv-03314-RWT,8:09-cv-03315-RWT,8:09-cv-03316-RWT,8:10-cv-00388-RWT,8:10-cv-00389-RWT,8:10-cv-00390-RWT,8:10-cv-00814-RWT,8:10-cv-00815-RWT,8:10-cv-00836-RWT,8:10-cv-01160-RWT,8:11-cv-00336-RWT,8:11-cv-00337-RWT,8:11-cv-00338-RWT,8:11-cv-01092-RWT,8:11-cv-02634-RWT,8:11-cv-02635-RWT,8:11-cv-03292-RWT,8:11-cv-03542-RWT, 8:12-cv-03070-RWT

TO:

    Jon Leonard Gelman
    James William Ledlie
    Susan L. Burke
    Frederick C. Baker
    William T. O'Neil

REQUESTED FORM DUE:  May 6, 2013

The form identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site. Noncompliance with the court's filing requirements will lead to initiation of disciplinary proceedings pursuant to Local Rule 46(g) and will result in dismissal as to appellant pursuant to Local Rule 45.

---

  [X] Disclosure of corporate affiliations

Barbara H. Rowe, Deputy Clerk
804-916-2704